IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ACG Credit Company II, LLC, ) | Case No. 14-11500 |
| ) | |
| Debtor. ) | **Related Docket No. 13** |
| ) | |

### ORDER GRANTING MOTION TO SET EXPEDITED HEARING AND SHORTEN NOTICE PERIOD WITH RESPECT TO SAGECREST'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon the Motion[1] of John D. Huber, as Trustee of the SageCrest Liquidating Trust ("SageCrest"), pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e), for entry of an order setting an expedited hearing for and shortening the notice period on the Stay Motion; and upon consideration of the Motion and all pleadings related thereto; and due and proper notice of the Motion having been given under the circumstances; and it appearing that no other or further notice is required; and it appearing that (a) the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and after due deliberation, and sufficient cause appearing therefor,

IT IS HEREBY ORDERED

~~1. The Motion is granted.~~

1. The Stay Motion is set for a hearing on ~~June~~ July 14, 2014 at 1:00 p.m. (prevailing Eastern time) (the "Hearing").

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion or Stay Motion as applicable.

2. Responses or objections to the Stay Motion, if any, are due on July 9, 2014 at 4:00 p.m.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: June 27, 2014

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE