**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ACG CREDIT COMPANY II, LLC, | Case No. 14-11500 (KJC) |
| Debtor. | |

**STATEMENT THAT UNSECURED CREDITORS'
COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(   )   Debtors' petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(   )   No unsecured creditor response to the United States Trustee's communication/contact for service on the committee.

( X )   Insufficient response to the United States Trustee's communication/contact for service on the committee.

(   )   No unsecured creditor interest.

(   )   Non-operating debtor-in-possession - - No creditor interest.

(   )   Application to convert to Chapter 7 or to dismiss pending.

(   )   Converted or dismissed.

(   )   Other

**ROBERTA A. DeANGELIS,
UNITED STATES TRUSTEE REGION THREE**

 /s/ *Tiiara N. A. Patton, for*
T. Patrick Tinker
Assistant United States Trustee

DATED: July 8, 2014