IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> ACG Credit Company II, LLC, ) <br> ) <br> Debtor. ) <br> ) | Chapter 11 <br><br> Case No. 14-11500 (KJC) |

**AFFIDAVIT OF MARK E. McGRATH IN SUPPORT OF SAGECREST
II, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO
PROCEED WITH TRIAL BEFORE THE U.S. DISTRICT COURT IN CONNECTICUT**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

MARK E. McGRATH, being duly sworn, deposes and states the following:

1. I am a partner with the law firm of Sheppard, Mullin, Richter & Hampton, LLP, counsel to SageCrest, and I submit this affidavit in support of SageCrest's Motion for Relief from the Automatic Stay to Proceed with Trial Before the U.S. District Court in Connecticut. (the "Stay Motion").[1] Unless otherwise indicated herein, I have personal knowledge of the facts set forth in this affidavit. Furthermore, I have read the June 20, 2014, Affidavit of Robert S. Friedman in Support of the Stay Motion (the "Friedman Affidavit"). I have reviewed the Friedman Affidavit and the exhibits annexed thereto. I have personal knowledge of the facts set forth in the Freidman Affidavit and incorporate it into this affidavit as if it has been fully set forth herein.

2. Attached hereto as Exhibit J is a true and correct copy of the proof of claim filed by the Debtor, ACG Finance, Fine Art Finance, Art Capital Group, LLC, ACG-I, and Ian Peck

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Stay Motion.

-1-

on December 22, 2008, in SageCrest's bankruptcy proceeding (Case Number 08-50754) in the Connecticut Bankruptcy Court.

3. Attached hereto as Exhibit K is a true and correct copy of an excerpt from the transcript of the June 15, 2010 hearing before the Honorable Alan H.W. Shiff, U.S. Bankruptcy Judge, in the Connecticut Bankruptcy Court.

4. Attached hereto as Exhibit L is a true and correct copy of a pretrial order entered by the Connecticut Bankruptcy Court on July 15, 2010.

5. Attached hereto as Exhibit M is a true and correct copy of the July 2, 2013, Conference Memorandum and Order of the Honorable Stefan R. Underhill, U.S. District Judge, in the Connecticut District Court, setting forth Judge Underhill's decision to grant the motions to withdraw the reference from the Connecticut Bankruptcy Court during the July 1, 2010 telephone conference on such motions.

6. Attached hereto as Exhibit N is a true and correct copy of the Defendants' Responses and Objections to Plaintiff's Second Set of Interrogatories, dated January 24, 2011.

7. Attached hereto as Exhibit O is a true and correct copy of the Defendants' Responses and Objections to Plaintiff's Second Set of Document Request, dated January 24, 2011.

8. Attached hereto as Exhibit P are true and correct copies of Allonges executed by either ACG Finance or Fine Art Finance, two of the Defendants in the Connecticut District Court.

9. Attached hereto as Exhibit Q is a true and correct copy of the General Loan Document Assignment, dated May 19, 2008, executed by ACG Finance and Fine Art Finance.

10. Attached hereto as Exhibit R is a true and correct copy of an August 22, 2012 Order of the Honorable Martin Glenn of the United States Bankruptcy Court for the Southern

District of New York in proceeding captioned *In re: Barquet Group, Inc. and Ramis Barquet*, Case No. 11-13116 (MG) (the "Barquet Bankruptcy Case"), which denied the motion of ACG-I, ACG Finance, and Fine Art Finance for reconsideration.

11. Attached hereto as Exhibit S is a true and correct copy of a November 15, 2012 Order by Judge Glenn in the Barquet Bankruptcy Case, which denied the motion of ACG-I, ACG Finance, and Fine Art Finance for temporary allowance of claim.

12. Attached hereto as Exhibit T is a true and correct copy of a December 17, 2012 Opinion and Order by the Honorable Jesse M. Furman of the United States District Court for the Southern District of New York that affirmed Judge Glenn's August 22, 2012 Order.

13. Attached hereto as Exhibit U is a true and correct copy of an email string between Vincent Marino and me, dated January 28-29, 2013.

_____
Mark E. McGrath

Sworn to before me
this 11th day of July, 2014

_____
Notary Public

THOMAS MCKEE MONAHAN
Notary Public, State of New York
No. 02MO6246615
Qualified in New York County
Commission Expires August 15, 2015