IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>ACG Credit Company II, LLC,[1] )<br>)<br>Debtor. )<br>) | Chapter 11<br><br>Case No. 14-11500 (KJC) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned case as counsel to Ian S. Peck, ACG Finance Company, LLC, Fine Art Finance, LLC, Art Capital Group, LLC, Art Capital Group, Inc. and ACG Credit Company, LLC (collectively, the "Parties-in-Interest"). The undersigned, pursuant to, among other authorities, Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the U.S. Bankruptcy Court for the District of Delaware, request that all notices given or required to be given and all papers served in this case be served upon the following:

**ASHBY & GEDDES, P.A.**
Ricardo Palacio, Esq.
Leigh-Anne M. Raport, Esq.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
Fax: 302-654-2067
Email: rpalacio@ashby-geddes.com
Email: lraport@ashby-geddes.com

**THE MAJORIE FIRM, LTD.**
Francis B. Majorie, Esq.
3514 Cedar Springs Road
Dallas, Texas 75219
Telephone: 214-522-7400
Fax: 214-522-7911
Email: fbmajorie@themajoriefirm.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7139.

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in this case or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that the Parties-in-Interest intend that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Parties-in-Interest are or may be entitled under agreements in law or in equity.

Dated: July 14, 2014
ASHBY & GEDDES, P.A.

_/s/ Ben Keenan_
Ricardo Palacio (No. 3765)
Benjamin W. Keenan (No. 4724)
Leigh-Anne M. Raport (No. 5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
Fax: 302-654-2067
Email: rpalacio@ashby-geddes.com
Email: bkeenan@ashby-geddes.com
Email: lraport@ashby-geddes.com

-and-

Francis B. Majorie (Pro Hac Vice Pending)
THE MAJORIE FIRM, LTD.
3514 Cedar Springs Road
Dallas, Texas 75219
Telephone: 214-522-7400;
Fax: 214-522-7911
Email: fbmajorie@themajoriefirm.com

*Counsel for Ian S. Peck, ACG Finance Company, LLC, Fine Art Finance, LLC, Art Capital Group, LLC, Art Capital Group, Inc. and ACG Credit Company, LLC*