# **EXHIBIT "A"**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACG CREDIT COMPANY II, LLC[1],<br><br>Debtor. | Chapter 11<br><br>Case No. 14-11500 (KJC)<br><br>RE: D.I. _____ |

### ORDER AUTHORIZING RETENTION OF DUFFYAMEDEO LLP AS BANKRUPTCY CO-COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION <u>NUNC PRO TUNC TO JULY 16, 2014</u>

Upon the application (the "Application") of the debtor and debtor in possession in the above-captioned case (the "Debtor") for an order, pursuant to sections 327(a), 328, 330, 331 and 1107(b) of title 11 of the United States Code (the "Bankruptcy Code") , authorizing the Debtor to retain the law firm of DuffyAmedeo LLP ("DuffyAmedeo") as bankruptcy co-counsel in its chapter 11 case as of July 16, 2014, and upon the Declaration of Todd E. Duffy in Support of Application to Employ DuffyAmedeo LLP as Co-Counsel to the Debtor and Debtor in Possession, annexed to the Application; and due and adequate notice of the Application having been given; and it appearing that no other or further notice need be provided; and it appearing that the members of DuffyAmedeo who will be employed in the chapter 11 case have filed motions seeking to be admitted *pro hac vice* to practice before the Court in the chapter 11 case; and the Court being satisfied that DuffyAmedeo is a "disinterested person" as such term is defined under section 101(14), as modified by section 1107(b), of the Bankruptcy Code; and it appearing that the relief requested by this Application is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and the Court having jurisdiction over this matter pursuant to the Amended Standing Order of Reference from the United States District

---

[1] The last four digits of the Debtor's federal tax identification number are 7139.

Court for the District of Delaware, dated February 29, 2012, and after due deliberation and sufficient cause appearing therefore, it is, by the United States Bankruptcy Court for the District of Delaware, hereby

ORDERED, ADJUDGED and DECREED that:

1. The Application is granted as set forth herein.

2. Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

3. Pursuant to sections 327(a), 328, and 1107 (b) of the Bankruptcy Code, the Debtor is hereby authorized to retain DuffyAmedeo as its attorneys in its chapter 11 case *nunc pro tunc* to July 16, 2014, and DuffyAmedeo is authorized to perform the services set forth in the Application.

4. DuffyAmedeo shall file applications and be compensated in accordance with Sections 328(c), 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court.

5. DuffyAmedeo shall take all reasonable steps to avoid unnecessary duplication of the efforts of Gellert Scali Busenkell & Brown, LLC.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of the Application and Order.

Dated: _____, 2014
      Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE