# Executive Sounding Board Associates LLC

*Management and Financial Consultants*

2 Penn Center Plaza • 1500 John F. Kennedy Boulevard • Suite 1730 • Philadelphia, PA 19102 • 215-568-5788 • FAX 215-568-5769

August 25, 2014

Invoice # 95

ACG Credit Company II, LLC Representation
C/O ACG Credit Company, LLC
850 Third Avenue
New York, NY 10022

Re: Case # 14-11500 (KJC)

TERMS: Payment due upon presentation

FOR PROFESSIONAL SERVICES RENDERED:

For Interim Management Services for the period of <u>July 1, 2014 through July 31, 2014</u> pursuant to Retention So Ordered on July 31, 2014, Nunc Pro Tunc, to June 25, 2014.

| CONSULTANTS | | HOURS | AMOUNT |
|---|---|---|---|
| DuFrayne, Michael | Managing Director | 55.30 | $23,859.00 |
| Agarwal, Robert | Director | 44.30 | $16,900.00 |
| DuFrayne, Geoffrey | Consultant | 2.20 | $649.00 |

Total Fees                                                                                                                      $41,408.00

REIMBURSEMENT FOR OUT - OF - POCKET EXPENSES

Expenses                                                                                                                        $1,010.59

Total Charges this Invoice                                                                                                      $42,418.59

Retainer on Hand                                                                                                                $20,000.00

(See attached detailed billing information)

Client:   ACG Credit Company II, LLC

August 21, 2014

Invoice#   95

Client:   ACG Credit Company II, LLC

**DuFrayne, Geoffrey**     **Consultant**

| Date | Task | Tmkp | Description | Hours Worked | Rate | Fees Billed |
|---|---|---|---|---|---|---|
| 07/30/14 | 071 | GD | Review Settlement Agreement with M. DuFrayne. Assemble collateral schedule by loan pool. | 2.20 | 295.00 | $649.00 |
| | | | Totals for:   DuFrayne, Geoffrey | 2.20 | 295.00 | $649.00 |

**DuFrayne, Michael**     **Managing Director**

| Date | Task | Tmkp | Description | Hours Worked | Rate | Fees Billed |
|---|---|---|---|---|---|---|
| 07/07/14 | 099 | MDF | Meeting with I Peck and R Agarwal to review case status and issues. | 2.00 | 495.00 | $990.00 |
| 07/07/14 | 148 | MDF | Travel to/from NY. | 4.50 | 247.50 | $1,113.75 |
| 07/14/14 | 062 | MDF | Hearing and post hearing. | 1.00 | 495.00 | $495.00 |
| 07/14/14 | 099 | MDF | Discussion with counsel re: next steps and research issues. | 0.50 | 495.00 | $247.50 |
| 07/14/14 | 099 | MDF | Meeting with counsel re: case issues. Discussion and review, preparation for hearing. | 3.00 | 495.00 | $1,485.00 |
| 07/14/14 | 148 | MDF | Travel to / from Wilmington. | 2.50 | 247.50 | $618.75 |
| 07/15/14 | 050 | MDF | Follow up regarding UST filing and reporting issues. | 0.10 | 495.00 | $49.50 |
| 07/15/14 | 051 | MDF | Review draft budget. | 0.20 | 495.00 | $99.00 |
| 07/15/14 | 071 | MDF | Preliminary review of So-Ordered Stipulation; Barquet c11 and SageCrest c11. | 2.60 | 495.00 | $1,287.00 |
| 07/15/14 | 099 | MDF | Discussion with I Peck re: SageCrest issues, schedules. | 0.20 | 495.00 | $99.00 |
| 07/18/14 | 050 | MDF | Discussion with R Agarwal re: case planning and reconciliation issues. | 0.60 | 495.00 | $297.00 |
| 07/18/14 | 071 | MDF | Review CT discovery files provided by counsel. | 0.40 | 495.00 | $198.00 |
| 07/18/14 | 099 | MDF | Extensive discussion with counsel re: case issues - SageCrest accounting and Barguet reconciliation. | 0.70 | 495.00 | $346.50 |
| 07/22/14 | 071 | MDF | Continuing review of the Settlement and Exhibits, accounting data provided by counsel and CT discovery documents. | 4.20 | 495.00 | $2,079.00 |
| 07/22/14 | 099 | MDF | Meeting with counsel re: case issues and planning. | 1.60 | 495.00 | $792.00 |
| 07/22/14 | 148 | MDF | Travel to/from Wilmington | 2.30 | 247.50 | $569.25 |
| 07/23/14 | 071 | MDF | Research files, review Barguet plan and continuing review of Sagecrest matter. | 1.90 | 495.00 | $940.50 |
| 07/24/14 | 050 | MDF | Research POR and LT documents. | 0.70 | 495.00 | $346.50 |
| 07/24/14 | 071 | MDF | Continuing research files, review Barguet plan and continuing review of Sagecrest matter. | 1.60 | 495.00 | $792.00 |
| 07/24/14 | 099 | MDF | Discussion with T Duffy re: state court appearance, Trustee and schedules. | 0.20 | 495.00 | $99.00 |
| 07/25/14 | 062 | MDF | Meeting with counsel and I. Peck in advance of the 341 hearing. | 1.40 | 495.00 | $693.00 |

Client: ACG Credit Company II, LLC

| Date | Task | Tmkp | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 07/25/14 | 062 | MDF | Attend 341 hearing. | 2.10 | 495.00 | $1,039.50 |
| 07/25/14 | 099 | MDF | Post hearing conference with counsel. | 2.40 | 495.00 | $1,188.00 |
| 07/25/14 | 148 | MDF | Travel to/from Wilmington. | 2.50 | 247.50 | $618.75 |
| 07/27/14 | 050 | MDF | Discussions with counsel re: appointments and financing versus equity contribution. | 0.30 | 495.00 | $148.50 |
| 07/27/14 | 071 | MDF | Continuing review of the Settlement and Exhibits, accounting data provided by counsel and CT discovery documents and development of document request list for the comprehensive itemized accounting of the $6.7mm IP and $4.5mm note. | 3.60 | 495.00 | $1,782.00 |
| 07/28/14 | 050 | MDF | Review draft motions and letter to SageCrest. | 0.50 | 495.00 | $247.50 |
| 07/28/14 | 099 | MDF | Group call to review letter to SageCrest matter. | 0.20 | 495.00 | $99.00 |
| 07/28/14 | 099 | MDF | Review response and discussion with T Duffy re: same. | 0.20 | 495.00 | $99.00 |
| 07/29/14 | 050 | MDF | Review revised orders. | 0.10 | 495.00 | $49.50 |
| 07/29/14 | 062 | MDF | Preparation for and attend hearing. | 1.80 | 495.00 | $891.00 |
| 07/29/14 | 071 | MDF | T/C - counsel re: collateral listing. | 0.10 | 495.00 | $49.50 |
| 07/29/14 | 071 | MDF | Review DropBox files - trial exhibits. | 0.70 | 495.00 | $346.50 |
| 07/29/14 | 071 | MDF | Review collateral listings provided by counsel and management. | 0.30 | 495.00 | $148.50 |
| 07/29/14 | 148 | MDF | Travel to/from Wilmington. | 2.40 | 247.50 | $594.00 |
| 07/30/14 | 050 | MDF | T/C's with M Busenkell, B Keilson and T Duffy re: plan consideration discussions. | 0.80 | 495.00 | $396.00 |
| 07/30/14 | 071 | MDF | Review collateral listing and prepare schedule. | 3.60 | 495.00 | $1,782.00 |
| 07/30/14 | 071 | MDF | Group call re: collateral schedule. | 0.20 | 495.00 | $99.00 |
| 07/30/14 | 071 | MDF | Collateral schedule revisions per counsel request. | 0.60 | 495.00 | $297.00 |
| 07/31/14 | 047 | MDF | Review Debtor records. | 0.40 | 495.00 | $198.00 |
| 07/31/14 | 050 | MDF | Discussion with I Peck re: UST information request. | 0.20 | 495.00 | $99.00 |
| 07/31/14 | 050 | MDF | Respond to UST office information request. | 0.10 | 495.00 | $49.50 |
| | | | Totals for: DuFrayne, Michael | 55.30 | 431.45 | $23,859.00 |

**Agarwal, Robert**    **Director**

| Date | Task | Tmkp | Description | Hours Worked | Rate | Fees Billed |
|---|---|---|---|---|---|---|
| 07/01/14 | 099 | RA | Conference call with counsel regarding open items. | 0.50 | 400.00 | $200.00 |
| 07/02/14 | 050 | RA | Review Initial Debtor Interview Requested Items. Discuss timing of receipt of items with I. Peck. | 1.30 | 400.00 | $520.00 |
| 07/07/14 | 047 | RA | Prepare for meeting with I. Peck. Review Debtor's issues. | 0.80 | 400.00 | $320.00 |
| 07/07/14 | 099 | RA | Meet with I. Peck. Discuss case history and status. | 1.40 | 400.00 | $560.00 |
| 07/07/14 | 099 | RA | Discuss assets of the estate with I. Peck. | 0.30 | 400.00 | $120.00 |
| 07/07/14 | 148 | RA | Travel to/from New York | 4.10 | 200.00 | $820.00 |
| 07/09/14 | 047 | RA | Assist counsel in preparation of CRO motion. | 1.20 | 400.00 | $480.00 |
| 07/09/14 | 099 | RA | Discussion with I. Peck regarding litigation matters. | 0.70 | 400.00 | $280.00 |
| 07/10/14 | 099 | RA | Discuss outstanding litigation items with I. Peck. | 0.30 | 400.00 | $120.00 |
| 07/10/14 | 099 | RA | Discuss US Trustee requested items with I. Peck. | 0.50 | 400.00 | $200.00 |

2

Client:    ACG Credit Company II, LLC

| Date | Code | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/11/14 | 047 | RA | Review and research pending litigation matters. Review status and known disposition of collateral. | 2.40 | 400.00 | $960.00 |
| 07/14/14 | 051 | RA | Review needs of case and prepare budget. | 1.20 | 400.00 | $480.00 |
| 07/14/14 | 062 | RA | Prepare for hearing. Discuss outstanding matters with counsel. | 3.20 | 400.00 | $1,280.00 |
| 07/14/14 | 062 | RA | Attend hearing regarding automatic stay. | 0.80 | 400.00 | $320.00 |
| 07/14/14 | 099 | RA | Discuss case status with counsel. | 1.10 | 400.00 | $440.00 |
| 07/15/14 | 047 | RA | Follow up on IDI outstanding items. Discuss with counsel. | 1.20 | 400.00 | $480.00 |
| 07/15/14 | 099 | RA | Discuss case status with US Trustee. | 0.20 | 400.00 | $80.00 |
| 07/16/14 | 047 | RA | Multiple discussions with Ian Peck regarding US Trustee requests. Review documents. | 1.80 | 400.00 | $720.00 |
| 07/16/14 | 099 | RA | Conference call regarding motions. | 0.40 | 400.00 | $160.00 |
| 07/17/14 | 047 | RA | Multiple discussions with I. Peck regarding litigation status, collateral and disputed issues. | 2.60 | 400.00 | $1,040.00 |
| 07/17/14 | 047 | RA | Open DIP account. Provide documents to bank. | 0.60 | 400.00 | $240.00 |
| 07/17/14 | 099 | RA | Discussion with I. Peck regarding US Trustee request and books and records. | 0.80 | 400.00 | $320.00 |
| 07/18/14 | 047 | RA | Review information provided by Sagecrest to counsel. | 2.10 | 400.00 | $840.00 |
| 07/18/14 | 050 | RA | Review tax returns provided by I. Peck. Provide return schedule to the US Trustee. | 0.70 | 400.00 | $280.00 |
| 07/18/14 | 099 | RA | Group call of all professionals to discuss direction of case with co-counsel. | 1.00 | 400.00 | $400.00 |
| 07/18/14 | 099 | RA | Emails with J. Reiley, accountant for I. Peck to acquire books and records. | 0.10 | 400.00 | $40.00 |
| 07/18/14 | 099 | RA | Discuss case status with B. Keilson. | 0.60 | 400.00 | $240.00 |
| 07/21/14 | 099 | RA | Discuss case history with T. Duffy. | 0.40 | 400.00 | $160.00 |
| 07/21/14 | 099 | RA | Discuss case with T. Duffy. | 0.70 | 400.00 | $280.00 |
| 07/22/14 | 099 | RA | Meet with M. Busenkell, B. Keilson and M.DuFrayne to discuss direction of Debtor and assets of the estate. | 1.60 | 400.00 | $640.00 |
| 07/23/14 | 062 | RA | Prepare for 341 meeting. | 1.40 | 400.00 | $560.00 |
| 07/23/14 | 099 | RA | Discuss case with counsel. | 0.40 | 400.00 | $160.00 |
| 07/24/14 | 099 | RA | Discuss CRO motion with counsel and US Trustee. | 0.20 | 400.00 | $80.00 |
| 07/25/14 | 062 | RA | Prepare for 341 hearing (.7). Meet with counsel and I. Peck (1.4) | 2.10 | 400.00 | $840.00 |
| 07/25/14 | 062 | RA | Attend 341 hearing. | 2.10 | 400.00 | $840.00 |
| 07/25/14 | 099 | RA | Meet with and discuss Debtor's interests and case strategy with counsel. Discuss funding. | 2.60 | 400.00 | $1,040.00 |
| 07/29/14 | 047 | RA | Review documents for filing. | 0.60 | 400.00 | $240.00 |
| 07/29/14 | 099 | RA | Discuss hearing with counsel. | 0.30 | 400.00 | $120.00 |
| | | | Totals for:    Agarwal, Robert | 44.30 | 381.49 | $16,900.00 |
| | | | **TOTALS :** | **101.80** | | **$41,408.00** |

Client:   ACG Credit Company II, LLC
**Expenses**

| Date | Task | Description | Amount Billed |
|---|---|---|---|
| 07/07/14 | 02A | Travel | $128.00 |
| 07/07/14 | 02A | Travel | $182.52 |
| 07/14/14 | 02A | Travel | $24.00 |
| 07/14/14 | 02A | Travel | $130.00 |
| 07/22/14 | 02A | Travel | $68.70 |
| 07/22/14 | 02A | Travel | $48.00 |
| 07/25/14 | 02A | Travel | $44.00 |
| 07/28/14 | 02A | Travel | $66.00 |
| 07/31/14 | 03 | Quickbooks | $215.99 |
| 07/31/14 | 06 | Copies | $103.38 |
| | | **TOTALS:** | **$1,010.59** |

4

Client: ACG Credit Company II, LLC

Exhibit A

ACG Credit Company II, LLC

Executive Sounding Board Associates LLC.
Summary of Time Incurred by Professional Fees by Month
07/01/14 - 07/31/14

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Hours | Fees |
|---|---|---|---|---|
| DuFrayne, Geoffrey | Consultant | 295.00 | 2.20 | $649.00 |
| DuFrayne, Michael | Managing Director | 431.45 | 55.30 | $23,859.00 |
| Agarwal, Robert | Director | 381.49 | 44.30 | $16,900.00 |
| Total Hours and Fees | | | 101.80 | $41,408.00 |
| Blended Rate | | $406.76 | | |

ACG Credit Company II, LLC

Executive Sounding Board Associates LLC.
Summary of Disbursements by Month
07/01/14 - 07/31/14

Disbursements:

| | |
|---|---|
| Travel | $691.22 |
| Miscellaneous | $215.99 |
| Copies | $103.38 |
| Total Expenses | $1,010.59 |
| Total Fees and Disbursements | $42,418.59 |

5

Client:    ACG Credit Company II, LLC

Exhibit B

ACG Credit Company II, LLC
Executive Sounding Board Associates LLC.
Summary of Time Incurred by Project

07/01/14 - 07/31/14

| Project Description | Task Codes | Hours | Fees |
|---|---|---|---|
| Business Analysis and Planning | 047 | 13.70 | $5,518.00 |
| Case Administration | 050 | 5.40 | $2,483.00 |
| Cash Management | 051 | 1.40 | $579.00 |
| Court Hearing & Preparation | 062 | 15.90 | $6,958.50 |
| Due Diligence | 071 | 22.00 | $10,450.00 |
| Meetings | 099 | 25.10 | $11,085.00 |
| Travel time - client | 148 | 18.30 | $4,334.50 |
| Totals | | 101.80 | $41,408.00 |