IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ACG Credit Company II, LLC,[1] | ) ) ) | Case No. 14-11500 (KJC) |
| Debtor. | ) ) ) | **Hearing Date: TBD**<br>**Objection Deadline: November 14, 2014 at 4:00 p.m.** |

## MOTION OF ASHBY & GEDDES, P.A. FOR LEAVE TO WITHDRAW AS COUNSEL

Ashby & Geddes, P.A. ("A&G" or the "Firm") hereby moves this Court for entry of an Order, substantially in the form attached hereto as Exhibit A, granting the Firm leave to withdraw as counsel pursuant to Local Rule 9010-2 in the above-captioned Bankruptcy Proceeding.[2] The grounds for this Motion are fully set forth in the affidavit of Leigh-Anne M. Raport, attached hereto as Exhibit B, the contents of which are incorporated herein by reference.

### Notice

Pursuant to Local Rule 9010-2, this Motion has been, or will be, served on counsel to the Debtor, Ian S. Peck, and on the parties which have requested service of pleadings and notices in these cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.[3] A&G submits no further notice is required.

**WHEREFORE**, Ashby & Geddes respectfully requests that the Court grant its Motion, and enter the Order, substantially in the form attached hereto as Exhibit A, and

---

[1] The last four digits of the Debtor's federal tax identification number are 7139.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Raport Affidavit.

[3] Local Rule 9010-2(b) requires service by registered or certified mail to the client's last known address. Despite numerous requests to Mr. Peck, a mailing address has not been provided. As such, the notice will be served on Mr. Peck via email as well as via registered mail on his counsel, Mr. Majorie.

{00881058;v2 }

for such other and further relief as the Court deems just and proper.

Dated: October 27, 2014

ASHBY & GEDDES, P.A.

/s/ Ricardo Palacio

Ricardo Palacio (No. 3765)
Leigh-Anne M. Raport (No. 5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
Fax: 302-654-2067
Email: rpalacio@ashby-geddes.com
Email: lraport@ashby-geddes.com