IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ACG Credit Company II, LLC,[1] | ) | Case No. 14-11500 (KJC) |
| | ) | |
| Debtor. | ) | **Hearing Date: TBD** |
| | ) | **Objection Deadline: November 14, 2014 at 4:00 p.m.** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 27, 2014, Ashby & Geddes, P.A. ("A&G" for the "Firm") filed the *Motion of Ashby & Geddes, P.A. for Leave to Withdraw as Counsel* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before **November 14, 2014 at 4:00 p.m. (ET).** Only properly and timely filed responses will be considered.

PLEASE TAKE FURTHER NOTICE that the a hearing on the Motion is scheduled for **a date to be determined** before The Honorable Kevin J. Carey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801. **You will receive separate notice of any hearing scheduled to consider approval of the Motion**.

---

[1] The last four digits of the Debtor's federal tax identification number are 7139.

{00908936;v1 }

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: October 27, 2014 | ASHBY & GEDDES, P.A.<br><br>/s/ Ricardo Palacio<br>Ricardo Palacio (No. 3765)<br>Leigh-Anne M. Raport (No. 5055)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: 302-654-1888<br>Fax: 302-654-2067<br>Email: rpalacio@ashby-geddes.com<br>Email: lraport@ashby-geddes.com |