ACG Credit Company II, LLC
Case No. 14-11500 (KJC)
Service List

**Via First Class Mail**
James Reilly
Brooksite
423 South Ocean Ave., 2nd Floor
Patchogue, NY 11772

**Via First Class Mail**
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

**Via First Class Mail**
SorinRand LLP
Attn: Michael B. Roth
515 Madison Ave., 13th Floor
New York, NY 10022

**Via First Class Mail**
Cohen and Wolf, P.C.
Attn: Philip C. Pires
1115 Broad Street
Bridgeport, CT 06604

**Via First Class Mail**
Cohen Reznik LLP
Attn: Stephen Harrison
10 Bank Street, Suite 1190
White Plains, NY 10606

**Via First Class Mail**
Frank B. Marjorie, Esq.
The Marjorie Firm, Ltd.
2514 Cedar Springs Road
Dallas, TX 75219

**Via First Class Mail**
Laurence May, Esq.
Cole, Schotz, Meisel,
    Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022

**Via First Class Mail**
Robert S. Friedman, Esq.
Mark McGrath, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

**Via First Class Mail**
Tiiara N.A. Patton, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Via First Class Mail**
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel,
    Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Via First Class Mail**
Ricardo Palacia, Esq.
Leigh-Ann M. Raport, Esq.
Ashby & Geddes, P.A.
500 Delaware Ave., 8th Floor
Wilmington, DE 19801