# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ACG CREDIT COMPANY II, LLC,<br><br>                Debtor, | Case No. 14-11500 (KJC)<br><br>Chapter 11 |

### CERTIFICATION OF CARTER PENNINGTON, TRUSTEE FOR THE BARQUET LIQUIDATING TRUST, IN SUPPORT OF HIS MOTION, PURSUANT TO 11 U.S.C. § 362(D)(1), FOR RELIEF FROM THE AUTOMATIC STAY

I, Carter Pennington, hereby certify as follows:

1. I am the Trustee of the Barquet Liquidating Trust ("Barquet Trust").

2. I make this Certification, solely in my capacity as Trustee for the Barquet Trust in support of my motion ("Motion") in this case, pursuant to 11 U.S.C. § 362(d)(1), for relief from the automatic stay to take such actions as are necessary to obtain and enforce the compliance of the Debtor, ACG, Credit Company II, LLC ("ACG II"), with the terms of the Third Amended Plan of Reorganization of Barquet Group, Inc. under Chapter 11 of the United States Bankruptcy Code, dated February 23, 2013 ("Barquet Plan") and the March 6, 2013 Order Confirming Third Amended Chapter 11 Plan of Reorganization of Barquet Group, Inc. ("Barquet Confirmation Order") of the United States Bankruptcy Court for the Southern District of New York ("SDNY Bankruptcy Court") in *In re Barquet Group, Inc. and Ramis Barquet* (jointly administered under Case No. 11-13116 (MG)).

3. I have personal knowledge of the facts set forth in this Certification or have learned them in connection with the performance of my duties as the Trustee of the Barquet Trust.

4. I serve as trustee of the Barquet Trust pursuant to a Liquidating Trust Agreement ("Trust Agreement"), dated March 7, 2013 that was approved by the SDNY Bankruptcy Court in the Barquet Confirmation Order. A true and correct copy of the Trust Agreement is attached to this Certification as Exhibit A.

5. My duties as Trustee of the Barquet Trust include the liquidation of artwork (collectively, "Trust Assets") transferred by Barquet Group, Inc. ("Barquet Group") to the Barquet Trust to generate the payments to which creditors of Barquet Group are entitled under the Barquet Plan.[1] To that end, I have placed Trust Assets with art auction houses, galleries, brokers and dealers like Christie's and Phillips for sale. Attached to this Certification as Exhibit B is a schedule of the Barquet Trust artwork I have liquidated.

6. Attached to this Certification as Exhibit C is a copy of a letter dated July 2, 2014 from counsel for the Debtor, ACG Credit Company II, LLC ("ACG II") to SageCrest II, LLC ("SageCrest") and John D. Huber, the Trustee ("SageCrest Trustee") of the SageCrest Liquidating Trust, demanding the turnover of funds allegedly owned by or owed to ACG II that was forwarded to me by an art auction house that had been copied on the letter.

---

[1] To date, most of the Trust Assets that have been liquidated are identified on Exhibit A to the Trust Agreement. Additionally artwork has been transferred to the Trust by Barquet Group. The Trust Assets also include certain additional artwork, so-called "Other Trust Inventory" that has been transferred to the Barquet Trust pursuant to a Transfer of Other Inventory to Liquidating Trust Agreement dated April 17, 2013, a true and correct copy of which is attached to this Certification as Exhibit D. Of the artwork I have sold, only three pieces constitute "Other Trust Inventory."

7.      The letter indicates that it was served on, *inter alia*, Christie's. Following receipt of the letter, Christie's advised me that it was unwilling to turnover the proceeds from Barquet Group art it had sold unless and until ACG II's apparent claim to those proceeds was resolved.

8.      At this point, I do not know which art auction houses, galleries, brokers or dealers may have been copied on or otherwise become aware of ACG II's July 2, 2014 letter to SageCrest and the SageCrest Trustee and ACG II's. Similarly, I do not know if ACG II has in any other way communicated to any auction houses, galleries, brokers or dealers asserting in those communications claims to the Assigned Collateral or the proceeds of artwork I have sold in my capacity as Trustee of the Barquet Trust. I am therefore concerned that art auction houses, galleries, brokers and dealers may have received copies of the letter, have otherwise become aware of it, or have received other communications from ACG II and, for that reason, may be reluctant to turnover the proceeds from the sale of Barquet Trust artwork or to even sell Barquet Trust artwork. If auction houses, galleries brokers and dealers become uncomfortable in dealing with the Barquet Trust, my obligation to liquidate Barquet Trust artwork (whether artwork currently assigned to the Barquet Trust or artwork assigned to the Barquet Trust in the future) to generate payments to Barquet Group creditors as required under the Barquent Group Plan will be greatly hindered.

9.      In connection with the Motion, I have compared schedules of the artwork in which, I have been advised, ACG II claims an interest (the so-called "Assigned Collateral") and the artwork belonging to the Barquet Trust. There is no overlap whatsoever between the two groups of artwork. Indeed, I can say with certainty that none of the Assigned Collateral has been transferred to the Barquet Trust and, with even more certainty, that, as a result of the controversy

3

surrounding that Collateral, I will not accept an assignment to the Barquet of any of the Assigned Collateral.

10. After receiving a copy of ACG II's July 2, 2014 letter to SageCrest and the SageCrest Trustee, I instructed counsel for the Barquet Trust to prepare and forward a letter demanding the letter be withdrawn and that any art auction house, gallery, broker or dealer that had been copied on the letter be advised of the withdrawal. As of the date of this Certification, I have not been advised either that the letter of July 2, 2014 has been withdrawn or that any parties to which had been sent have been advised of its withdrawal.

I certify that the foregoing statements made by me are true and correct. I understand that, if any of the forgoing statements made by me are willfully false, I am subject to punishment.

Dated: October 30, 2014

_____
Carter Pennington

#2144172 v1
112575-86227