UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ACG CREDIT COMPANY II, LLC,<br><br>Debtor, | Case No. 14-11500 (KJC)<br><br>Chapter 11 |

**CERTIFICATION OF DAVID N. CRAPO IN SUPPORT
OF HIS MOTION, PURSUANT TO 11 U.S.C. § 362(D)(1),
FOR RELIEF FROM THE AUTOMATIC STAY**

I, David N. Crapo, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey and am counsel to Gibbons P.C., the attorneys for the movant, Carter Pennington ("Barquet Trustee"), the Trustee of the Barquet Liquidating Trust ("Barquet Trust").

2. I make this Certification, in support of the Barquet Trustee's motion ("Motion") pursuant to 11 U.S.C. § 362(d)(1), for relief from the automatic stay to take such actions as are necessary to obtain the compliance of the debtor, ACG Credit Company II, LLC ("ACG II"), with the terms of the March 6, 2013 Order Confirming Third Amended Chapter 11 Plan of Reorganization of Barquet Group, Inc. ("Barquet Confirmation Order") of the United States Bankruptcy Court for the Southern District of New York in *In re Barquet Group, Inc. and Ramis Barquet* (jointly administered under Case No. 11-13116 (MG)).

3. I have personal knowledge of the facts set forth in this Certification or have learned them in connection with my representation of the Barquet Trustee.

4. Attached to this Certification as consolidated Exhibit A is a copy of a Secured Loan Note, dated on or about September 27, 2004, together with the amendments tehreto, executed by Barquet Group, Inc. (then known as Galeria Ramis Barquet NY, Ltd.) ("Barquet Group"), which were retrieved from the ECF Docket for *In re Barquet Group, Inc. and Ramis Barquet*, U.S.B.C. Case No. 11-13116 (MG) (hereafter, "Barquet Group Docket"), Docket No. 118-1, Exhs. A and B.

5. Attached hereto as Exhibit B is a certified copy of UCC Financing Statement No. 200804111026523 filed by ACG Credit Company, LLC ("ACG Credit") on April 11, 2008 in the Office of the Secretary of State of New York.

6. Attached hereto as Exhibit C is a copy of UCC Financing Statement Amendment No. 200805140349904 which was filed with the Office of the Secretary of State of New York on May 14, 2008, which reflects the assignment by ACG Credit of its security interest in certain assets of Barquet Group to ACG Finance Company, LLC ("ACG Finance") and was retrieved from Barquet Docket No. 259-1, p. 28.

7. Attached hereto as Exhibit D is a copy of a Settlement Stipulation and Mutual Release ("Settlement Stipulation") among, *inter alia*, ACG II, ACG Credit, ACG Finance, SageCrest II, LLC ("SageCrest"), which was retrieved from the Barquet Group Docket No. 118-1, Exh. E.

8. Attached hereto as Exhibit E is a copy of UCC Financing Statement Amendment No. 200805200366472 which was filed with the Office of the Secretary of State of New York on May 20, 2008, reflects the assignment by ACG Finance of its security interest in certain assets of

#2144275 v1
112575-86227

Barquet Group to SageCrest and which was retrieved from Barquet Group Docket No. 259-1, Exh. D, p. 30.

9. Attached hereto as Exhibit F is a certified copy of UCC Financing Statement No. 200909300562140 filed by SageCrest with the Office of the Secretary of State of New York on September 30, 2009, to which is attached an exhibit that identifies SageCrest's collateral.

10. Attached hereto as Exhibit G is a copy of Proof of Claim No. 43-1 filed by ACG Finance and ACG Credit in *In re Barquet Group, Inc., and Ramis Barquet*, which was retrieved from the Claims Docket in that case.

11. Attached hereto as Exhibit H is a copy of the December 17, 2012 Opinion and Order of the United States District Court for the Southern District of New York in *ACG Credit Company, LLC, et al., v. Barquet Group, Inc. (In re Barquet Group, Inc. and Ramis Barquet)* (Case no. 12 Civ. 8001 (JMF)).

12. Attached hereto as Exhibit I is a copy of the Third Amended Plan of Reorganization of Barquet Group under Chapter 11 of the United States Bankruptcy Code, which was retrieved from Barquet Group Docket No. 399.

13. Attached hereto as Exhibit J is a copy of the Barquet Confirmation Order, which was retrieved from the Barquet Group Docket No. 413.

14. Attached hereto as Exhibit K is a true and correct copy of my letter of July 9, 2014 to ACG II's counsel.

#2144275 v1
112575-86227

15. Attached hereto as Exhibit L is a true and correct copy of my letter of July 16, 2014 to ACG's counsel.

16. I have not been advised by ACG II or any other party that ACG II's counsel has withdrawn a letter dated July 2, 2014 asserting an interest in the proceeds of certain artwork the Barquet Trustee has sold for the benefit of the creditors of Barquet Group and has notified parties that were copied with the letter of the withdrawal of the letter.

I certify that the foregoing statements by me are true and correct. I understand that, if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 31, 2014
Newark, New Jersey

_____
David N. Crapo

#2144275 v1
112575-86227