# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Case No. 14-11500 (KJC) |
| ) | |
| ACG CREDIT COMPANY II, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 3, 2014, the following documents were electronically filed using the Court's CM/ECF system and served via e-mail as indicated on the attached service list:

- *Notice of Hearing;*

- *Motion And Supporting Brief of Carter Pennington, Trustee for the Barquet Liquidating Trust, in Support of His Motion, Pursuant to 11 U.S.C. § 362(d)(1), for Relief from the Automatic Stay;*

- *Certification of Carter Pennington, Trustee for the Barquet Liquidating Trust, in Support of His Motion, Pursuant to 11 U.S.C. § 362(d)(1), for Relief from the Automatic Stay;*

- *Certification of David N. Crapo in Support of Motion of Carter Pennington, Trustee for the Barquet Liquidating Trust, Pursuant to 11 U.S.C. § 362(d)(1), for Relief from the Automatic Stay; and*

- a proposed form of Order.

**GIBBONS P.C.**

Dated: November 3, 2014        By:    ./s/*Natasha M. Songonuga*
　　　　　　　　　　　　　　　　　　Natasha M. Songonuga, Esq. (Bar No. 5391
　　　　　　　　　　　　　　　　　　1000 N. West Street
　　　　　　　　　　　　　　　　　　Suite 1200
　　　　　　　　　　　　　　　　　　Wilmington, DE   19801-1058
　　　　　　　　　　　　　　　　　　Telephone: (302) 295-4875
　　　　　　　　　　　　　　　　　　Facsimile:  (302) 295-4876

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　David N. Crapo, Esq.

One Gateway Center
Newark, N.J.  07102-5310
Telephone: (973) 596-4523
Facsimile: (973) 639-6244

*Counsel to Carter Pennington, Trustee
For the Barquet Liquidating Trust*

## SERVICE LIST

Tiiara N.A. Patton, Esq.
Office of the United States Trustee
844 King Street – Room 2207
Lockbox #35
Wilmington, DE  19899-0035
tiiara.patton@usdoj.gov
U.S. TRUSTEE

John H. Drucker and Laurence May
Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue – 16th Floor
New York, NY  10022
jdrucker@coleschotz.com
lmay@coleschotz.com
TRUSTEE, SAGECREST LIQUIDATING TRUST

Michael B. Roth
SorinRand LLP
515 Madison Avenue – 13th Floor
New York, NY  10022
mroth@sorinrand.com
SORINRAND LLP

Stephen Harrison
Cohen Reznik LLP
10 Bank Street – Suite 1190
White Plains, N  10606
steve.harrison@cohenreznick.com
COHEN REZNIK LLP

Robert S. Friedman and Mark E. McGrath
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza  -  24th Floor
New York, NY  101122
rfriedman@sheppardmullin.com
mmcgrath@sheppardmullin.com
TRUSTEE, SAGECREST LIQUIDATING TRUST

Philip C. Pires
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
ppires@cohenandwolf.com
COHEN AND WOLF, P.C.

Patrick J. Reilley and J. Kate Stickles
Cole Schotz Meisel Forman & Leonard, PA
500 Delaware Avenue – Suite 1410
Wilmington, DE  19801
preilley@coleschotz.com
kstickles@coleschotz.com
TRUSTEE, SAGECREST LIQUIDATING TRUST

Hahn & Hessen LLP
Attn:  Zachary Newman
488 Madison Avenue
New York, NY  10022
znewman@hahnhessen.com
HAHN & HESSEN LLP

James Reilly
Brooksite
423 South Ocean Avenue – Floor 2
Patchogue, New York  11772
james.reilly@brooksite.biz
FINE ART FINANCE, LLC; ART CAPITAL GROUP, INC.

Ricardo Palacio and Leigh-Ann M. Raport
Ashby & Geddes, P.A.
500 Delaware Avenue – 8th Floor
P.O. Box 1150
Wilmington, DE  19899
rpalacio@ashby-geddes.com
lraport@ashby-geddes.com
ACG FINANCE COMPANY, LLC, FINE ART FINANCE, LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP, INC., ACG CREDIT COMPANY, LLC AND IAN S. PECK

Frank B. Majorie, Esq.
The Majorie Firm, Ltd
2514 Cedar Springs Road
Dallas, TX  75219
fbmajorie@themajoriefirm.com
ACG FINANCE COMPANY, LLC, FINE ART FINANCE, LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP, INC., ACG CREDIT COMPANY, LLC AND IAN S. PECK

| | |
|---|---|
| Douglas A. Amedeo<br>DuffyAmedeo<br>275 Seventh Ave 7th Fl<br>New York, NY  10001<br>damedeo@duffyamedeo.com<br>DEBTOR'S COUNSEL | Michael G. Busenkell<br>Gellert Scali Busenkell & Brown, LLC<br>913 Market St, 10th Fl<br>Wilmington, DE  19801<br>mbusenkell@gsbblaw.com<br>DEBTOR'S COUNSEL |