IN THE UNITED STATES BANKUPTCYCOURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ACG CREDIT COMPANY II, LLC,[1] | ) | Case No. 14-11500 (KJC) |
|  | ) |  |
| Debtor. | ) | **Obj. Deadline: Dec. 1, 2014 @ 5:00 p.m.** |
|  | ) |  |

**THIRD MONTHLY APPLICATION OF GELLERT SCALI BUSENKELL &
BROWN, LLC, AS COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION, FOR
ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD
SEPTEMBER 1, 2014 THROUGH SEPTEMBER 30, 2014**

| | |
|---|---|
| Name of Applicant: | GELLERT SCALI BUSENKELL & BROWN, LLC |
| Authorized to provide professional services to: | Debtor |
| Date of retention: | July 21, 2014 nunc pro tunc to June 17, 2014 |
| Period for which compensation and reimbursement is sought: | September 1, 2014 to September 30, 2014 |
| Amount of compensation sought as actual, reasonable and necessary: | $12,672.50 |
| Amount of reimbursement sought as actual, reasonable and necessary: | $186.61 |

This is an __x__ interim ___ final application

If this is not the first application filed, disclose the following for each prior application: N/A

---

[1] The last four digits of the Debtor's federal tax identification number are 7139.

1

**COMPENSATION BY PROFESSIONAL**
ACG Credit Company II, LLC
(Case No. 14-11500 (KJC))

September 1, 2014 through September 30, 2014

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael Busenkell | Member | 425.00 | 4.00 | $1,700.00 |
| Ronald S. Gellert | Member | 385.00 | 0.00 | $0.00 |
| Brya M. Keilson | Member | 290.00 | 27.90 | $8,091.00 |
| Maria E. Whalen | Paralegal | 190.00 | 6.50 | $1,235.00 |
| Mollie Canby | Paralegal | 140.00 | 8.10 | $1,134.00 |
| Richard Bennett | Paralegal | 125.00 | 4.10 | $512.50 |
| Gabrielle Winick | Law Clerk | 85.00 | 0.00 | $0.00 |
| TOTAL HOURS: | | | | |
| GRAND TOTAL: | | | | |
| BLENDED RATE: | | $275.84 | 50.6 | $12,672.50 |

**COMPENSATION BY PROJECT CATEGORY**

ACG Credit Company II, LLC
(Case No. 14-11500 (KJC))

September 1, 2014 through September 30, 2014

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 0.10 | 42.50 |
| Asset Disposition | 0.00 | 0.00 |
| Bankruptcy Administration | 0.00 | 0.00 |
| Bankruptcy – Related Advice | 0.00 | 0.00 |
| Bankruptcy – Claims and Plan | 0.00 | 0.00 |
| Board of Directors Matter | 0.00 | 0.00 |
| Business Operations | 0.00 | 0.00 |
| Case Administration | 10.10 | $1,956.50 |
| Case Assessment, Development & Admin. | 0.00 | 0.00 |
| Claims Administration and Objections | 0.00 | 0.00 |
| Fee/Employment Application | 32.70 | $8,238.00 |
| Fee/Employment Objections | 0.50 | $145.00 |
| Financing/ Cash Collections | 0.10 | $42.50 |
| General Bankruptcy Advice/Opinions | 0.00 | 0.00 |

| Other Contested Matters | 5.80 | $1,695.50 |
|---|---|---|
| Other Written Motions/ Submissions | 0.00 | 0.00 |
| Plan and Disclosure Statement | 0.00 | 0.00 |
| Preliminary Injunctions/Provisional Remedies | 0.70 | $297.50 |
| Relief from Stay /Adequate Protection | 0.60 | $255.00 |
| Settlement/ Non-Binding ADR | 0.00 | 0.00 |
| Tax Issues | | |
| **TOTAL** | **50.6** | **$12,672.50** |

## EXPENSE SUMMARY

ACG Credit Company II, LLC
(Case No. 14-11500 (KJC))

September 1, 2014 through September 30, 2014

| Expense Category | | Total Expenses |
|---|---|---|
| Courier Services | | 0.00 |
| Court Call | | 0.00 |
| Filing Fee | | 0.00 |
| Overnight delivery | | 0.00 |
| Pacer Charges | | $80.00 |
| Photocopy Charges (at $0.10/page) | 390 pages | $39.00 |
| Postage | | $6.47 |
| Legal Services/Filings/Mailings | Reliable | $61.14 |
| Meetings (Lunch) | | 0.00 |
| **Total Expenses** | | **$186.61** |

IN THE UNITED STATES BANKUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ACG CREDIT COMPANY II, LLC,[2] | ) | Case No. 14-11500 (KJC) |
|  | ) |  |
| Debtor. | ) | **Obj. Deadline: Dec. 1, 2014 @ 5:00 p.m.** |
|  | ) |  |

**THIRD MONTHLY APPLICATION OF GELLERT SCALI BUSENKELL &
BROWN, LLC, AS COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION, FOR
ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD
<u>SEPTEMBER 1, 2014 THROUGH SEPTEMBER 30, 2014</u>**

Gellert Scali Busenkell & Brown, LLC ("<u>GSBB</u>"), counsel for ACG Credit Company II,

LLC ("<u>ACG</u>"), submits this third application (the "<u>Application</u>") for allowance of compensation

for professional services rendered by GSBB to the Debtor for the period September 1, 2014

through September 31, 2014 (the "<u>Compensation Period</u>") and reimbursement of actual and

necessary expenses incurred by GSBB during the Compensation Period under sections 330 and

331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal

Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "<u>Local Rules</u>"), the United States Trustee's Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330,

effective January 30, 1996 (the "<u>U.S. Trustee Guidelines</u>"), and the Administrative Order under

11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and

---

[2] The last four digits of the Debtor's federal tax identification number are 7139.

Reimbursement of Professionals [D.I. 119] (the "Interim Compensation Procedures Order").  In

support of this Application, GSBB represents as follows:

## JURISDICTION

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are sections 330 and 331 of the

Bankruptcy Code.

## BACKGROUND

3.      On June 17, 2014, (the "Petition Date"), the Debtor filed a voluntary petition for

relief under chapter 11 of the Bankruptcy Code.  The Debtor intends to continue in the

possession of its respective properties and the management of its  respective businesses as

debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  As of

the date hereof, no official committee of unsecured creditors has been appointed.

4.      The Debtor is engaged principally in the business of loaning money to individuals

or organizations to purchase museum quality art.  The Debtor retains collateral in the form of the

art.

5.      On July 14, 2014, the Application of the Debtor for an Order Authorizing and

Approving the Employment of Executive Sounding Board Associates, LLC as Chief

Restructuring Officer for the Debtor Nunc Pro Tunc to June 25, 2014 (the "CRO Application")

[D.I. 54].  The order (the "CRO Order") approving the CRO Application was entered on July 31,

2014 [D.I. 96].

## GSBB'S RETENTION

6.      By application, filed on July 1, 2014, the Debtor requested authority to retain GSBB as counsel in connection with the above referenced bankruptcy case [D.I. 34].

7.      By order dated July 21, 2014, this Court approved the retention of GSBB as counsel for the Debtor pursuant to sections 105(a), 327(a), 328(a), 330, and 331 of the Bankruptcy Code, Fed.R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 [D.I. 80].

## FEE PROCEDURES ORDER

8.      On August 29, 2014, the Court entered the Interim Compensation Procedures Order [D.I. 119], which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in this case.[3]

9.      In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Application with the Court on or after the tenth day of each calendar month.  Provided that there are no objections to such Monthly Fee Application filed within fifteen (15) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtor is authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Application.  If a partial objection to the Monthly Fee Application is filed, then the Debtor is authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to an objection.

---

[3] Capitalized terms used but not defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

## RELIEF REQUESTED

10.    GSBB respectfully requests that it be allowed (i) compensation in the amount of $12,672.50 for reasonable, actual and necessary services rendered by it on behalf of the Debtor as counsel during the Compensation Period and payment of $10,138.00, or 80% of the total amount of legal fees, and (ii) reimbursement of $186.61 for reasonable, actual and necessary expenses incurred during the Compensation Period.

## GSBB'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid

11.    All services for which GSBB requests compensation were performed for or on behalf of the Debtor as counsel.

### Fee Statements

12.    The fee statement for the Compensation Period is attached hereto as Exhibit "A." The statement contains daily time logs describing the time spent by each attorney and paraprofessional during the Compensation Period.  To the best of GSBB's knowledge, this Application complies with section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.  GSBB's time reports are manually entered into the time keeping system by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis.  GSBB charges for its professional services are based upon the time, nature, extent and value of such services and the costs of comparable services other than in a case under the Bankruptcy Code.

## Actual and Necessary Expenses

13.     A summary of actual and necessary expenses incurred by GSBB for the

Compensation Period is attached hereto as Exhibit "B." GSBB customarily charges $.10 per

page for photocopying expenses related to cases arising in Delaware. GSBB records the number

of copies made for each client on a daily basis.

14.     GSBB believes the foregoing rates are the market rates that the majority of law

firms charge clients for such services.

## Summary of Services by Project

15.     The services rendered by GSBB during the Compensation Period can be grouped

into the categories set forth below. GSBB attempted to place the services provided in the

category that best relates to such services. However, because certain services may relate to one

or more categories, services pertaining to one category may in fact be included in another

category. These services performed, by categories, are generally described below, with a more

detailed identification of the actual services provided set forth on the attached Exhibit "A."

Exhibit "A" identifies the attorneys and paraprofessionals who rendered services relating to each

category, along with the number of hours for each individual and the total compensation sought

for each category.

**Asset Analysis and Recovery**

(Fees: $42.50;                          Hours: 0.10)

This category represents work related to the identification and review of potential assets

including causes of action and non-litigation recoveries.

**Asset Disposition**

(Fees: $0.00;                          Hours: 0.0)

This category represents work performed relating to sales, leases (§365 matters), abandonment and related transaction work.

**<u>Bankruptcy Administration</u>**

    (Fees: $0.00;                                Hours: 0.0)

This category represents work relating to preparation of the petition, schedules, SOFA, and other related documents and motions.

**<u>Bankruptcy – Related Advice</u>**

    (Fees: $0.00;                                Hours: 0.0)

This category represents work performed relating to pre-petition prep work and strategy.

**<u>Bankruptcy – Claims and Plan</u>**

    (Fees: $0.00;                                Hours: 0.0)

This category represents work relating to reviewing plan terms and formulating plan.

**<u>Board of Directors</u>**

    (Fees: $0.00;                                Hours: 0.0)

This category represents worked performed relating Chief Restructuring Officer issues, drafting and preparing motions regarding Chief Restructuring Officer, and discussions to address Chief Restructuring Officer issues.

**<u>Business Operations</u>**

    (Fees: $0.00;                                Hours: 0.0)

This category represents work regarding issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems.

**<u>Case Administration</u>**

    (Fees: $1,956.50;                             Hours: 10.10)

This category represents coordination and compliance activities, including review of the hearing agendas and compiling/organization of hearing binders, pleadings and case file.

**Case Assessment, Development & Admin.**

    (Fees: $0.00;                               Hours: 0.0)

    This category relates to work performed regarding status of case and development.

**Claims Administration and Objections**

    (Fees: $0.00;                               Hours: 0.0)

    This category relates to work performed regarding specific claim inquiries; bar date motions; analyses, objections and allowances of claims.

**Fee / Employment Application**

    (Fees: $8,238.00;                            Hours: 32.70)

    This category represents preparation of employment and fee applications for GSBB and/or others; motions to establish interim compensation procedures.

**Fee / Employment Objections**

    (Fees: $145.00;                             Hours: 0.50)

    This category represents work performed related to review of and objections to the employment application(s) of other parties.

**Financing /Cash Collateral**

    (Fees: $42.50;                               Hours: 0.10)

    This category represents work relating to matters under §§ 361, 363, and 364 including cash collateral and secured claims; loan document analysis.

**General Bankruptcy Advice/Opinions**

    (Fees: $0.00;                                 Hours: 0.0)

This category represents bankruptcy advice and counseling to client.

**Other Contested Matters**

(Fees: $1,695.50;                                      Hours: 5.80)

This category represents work relating to SageCrest issues.

**Other Written Motions/Submissions**

(Fees: $0.00;                                      Hours: 0.0)

This category represents work relating to drafting financing motion.

**Plan and Disclosure Statement**

(Fees: $0.00;                                      Hours: 0.0)

This category relates to work performed regarding preparation, draft and edits of proposed Plan and Disclosure Statement.

**Preliminary Injunctions/Provisional Remedies**

(Fees: $297.50;                                      Hours: 0.70)

This category relates to work performed regarding matters concerning preliminary injunctions and provisional remedies.

**Relief from Stay/Adequate Protection**

(Fees: $255.00;                                      Hours: 0.60)

This category represents work related to matters regarding termination or continuation of automatic stay under 11 U.S.C. §362 and motions for adequate protection under 11 U.S.C. §361.

**Settlement /Non-Binding ADR**

(Fees: $0.00;                                      Hours: 0.0)

This category represents work related to settlement matters.

11

**Tax Issues**

(Fees: $0.00;                                         Hours: 0.0)

This category represents work relating to analysis of tax issues and preparation of federal and state tax returns.

16.    GSBB has endeavored to represent the Debtor as counsel in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys and paralegals at GSBB so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the lowest hourly rate professional appropriate for a particular matter.  Moreover, GSBB has sought to coordinate with other professionals involved in this case so as to minimize any duplication of effort and to minimize attorneys' fee and expenses to the Debtor.  GSBB believes it has been successful in this regard.

17.    The undersigned has reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware and certifies to the best of his information, knowledge and belief that this application complies with Local Rule 2016-2.

THIS SPACE INTENTIONALLY LEFT BLANK

WHEREFORE, GSBB respectfully requests that this Court allow fees of $12,672.50 in compensation for professional services rendered and $186.61 for actual and necessary expenses incurred for the period of September 1, 2014 through September 30, 2014; (ii) authorize and direct the Debtor to pay to GSBB the amount of $10,138.00, which is equal to the sum of 80% of GSBB's allowed compensation and 100% of GSBB's allowed expense reimbursement for a total payment of $10,324.61; and (iii) granting such other relief as this Court deems just and proper.

Date: November 12, 2014

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Brya M. Keilson (DE 4643)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
(302) 425-5800
(302) 425-5814 Fax

*Counsel for Debtor and Debtor in Possession*