**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> ACG CREDIT COMPANY II, LLC,[1] <br><br> Debtor. | ) Chapter 11 <br> ) <br> ) Case No. 14-11500 (KJC) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 14, 2014, the following documents were electronically filed using the Court's CM/ECF system and served via email as indicated on the attached service list:

- Limited Objection To The Motion of Ashby & Geddes, P.A. For Leave To Withdraw As Counsel

- Proposed Form Of Order

Dated: November 14, 2014         THE MAJORIE FIRM LTD.

               By:    */s/     Francis B. Majorie*
                      Pro Hac Vice [ECF Dkt No. 58]
                      3514 Cedar Springs Road
                      Dallas, Texas 75219
                      Telephone: (214) 522-7400
                      Fax: (214) 522-7911
                      fbmajorie@themajoriefirm.com

                      *Attorneys for Ian S. Peck, ACG Finance Company, LLC, Fine Art Finance, LLC, Art Capital Group, LLC, Art Capital Group, Inc. and ACG Credit Company, LLC*

---

[1] The last four digits of the Debtor's federal tax identification number are 7139.

1

## SERVICE LIST

| | |
|---|---|
| John H. Drucker and Laurence May<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>900 Third Avenue – 16th Floor<br>New York, NY 10022<br>jdrucker@coleschotz.com<br>lmay@coleschotz.com<br>TRUSTEE, SAGECREST LIQUIDATING TRUST | Hahn & Hessen LLP<br>Attn: Zachary Newman<br>488 Madison Avenue<br>New York, NY 10022<br>znewman@hahnhessen.com<br>HAHN &HESSEN LLP |
| Michael B. Roth<br>SorinRand LLP<br>515 Madison Avenue – 13th Floor<br>New York, NY 10022<br>mroth@sorinrand.com<br>SORINRAND LLP | James Reilly<br>Brooksite<br>423 South Ocean Avenue – Floor 2<br>Patchogue, New York 11772<br>james.reilly@brooksite.biz<br>FINE ART FINANCE, LLC;ART CAPITAL GROUP, INC. |
| Stephen Harrison<br>Cohen Reznik LLP<br>10 Bank Street – Suite 1190<br>White Plains, N 10606<br>steve.harrison@cohenreznick.com<br>COHEN REZNIK LLP | Ricardo Palacio and Leigh-Ann M. Raport<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue – 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>rpalacio@ashby-geddes.com<br>lraport@ashby-geddes.com<br>ASHBY & GEDDES, P.A. |
| Robert S. Friedman and Mark E. McGrath<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza - 24th Floor<br>New York, NY 101122<br>rfriedman@sheppardmullin.com<br>mmcgrath@sheppardmullin.com<br>TRUSTEE, SAGECREST LIQUIDATING TRUST | Philip C. Pires<br>Cohen and Wolf, P.C.<br>1115 Broad Street<br>Bridgeport, CT 06604<br>ppires@cohenandwolf.com<br>COHEN AND WOLF, P.C. |