IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| ACG CREDIT COMPANY II, LLC,[1] | ) Case No. 14-11500 (KJC) ) ) Related Docket No. 137 |
| Debtor. | ) ) |

### ORDER GRANTING LEAVE TO ASHBY & GEDDES, P.A. TO WITHDRAW AS COUNSEL

Upon the *Motion of Ashby & Geddes, P.A. For Leave To Withdraw As Counsel* (the "Motion"), and the Court having reviewed the Motion and the related Affidavit of Leigh-Anne M. Raport, and any and all responses and pleadings filed in connection with or in response to the Motion or Objection, including the *Limited Objection Of "Parties In Interest" To Motion Of Ashby & Geddes, P.A. For Leave To Withdraw As Counsel* (the "Objection") and sufficient notice of the Motion and Objection having been given, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion is hereby GRANTED.

IT IS FURTHER ORDERED, that, pursuant to Local Rule 2010-1(c), Francis B. Majorie of The Majorie Firm, Ltd. may [*for a period of 30 days from the date of this Order,*] continue to represent the Parties In Interest (as that term is defined in the Objection) in this case *pro hac vice* without the retention of new associated local counsel.

Dated: NOV 25, 2014

The Honorable Kevin J. Carey
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's federal tax identification number are 7139.